ALEXANDER B. CVITAN (SBN 81746) and
MARSHA M. HAMASAKI, (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
Email: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BEATA K. VASS, an individual doing business as EURO SHINE and EURO SHINE CLEANING; DOE 1 through DOE 10, inclusive<br><br>　　　　　　Defendants. | CASE NUMBER<br><br>CV 09-07862 R(AJWx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

　　PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between the Plaintiff and Pro Se Defendant, BEATA K. VASS, an individual doing business as EURO SHINE and EURO SHINE CLEANING and good cause appearing therefor:

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary,

-1-

administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter collectively referred to as "TRUST FUNDS"), and against Defendant, BEATA K. VASS, an individual doing business as EURO SHINE and EURO SHINE CLEANING ("EMPLOYER") for the principal sum of $14,258.63 covering the period from September 1, 2008 through December 11, 2009.

DATED: February 25, 2010

_____
MANUEL L. REAL, JUDGE OF THE
UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

Submitted by:

REICH, ADELL & CVITAN,
A Professional Law Corporation

By: _____/s/_____
    MARSHA M. HAMASAKI
    Attorneys for Plaintiff

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **February 25, 2010**, I served the foregoing document described as **JUDGMENT PURSUANT TO STIPULATION** on the interested parties in this action by way of United States first class mail by placing

[ ] the original    [X] a true copy thereof

enclosed in a sealed envelope addressed as follows:

**Ms. Beata K. Vass**
**EURO SHINE/EURO SHINE CLEANING**

**Van Nuys, California**

[X] (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Fax) I transmitted said document(s) at __:__ a.m./p.m. to fax telephone number _____, executed on _____, at Los Angeles, California.

Executed on **February 25, 2010**, at Los Angeles, California.

[ ] (State Court) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____/s/_____
**VIRGINIA ALVAREZ**